186 F.2d 305
 EASTERN TRANSPORTATION COMPANY, as charterer in possession,
of the barge LAKE FRUMET, Libellant-Appellee,
v.
Steamship VERA CRUZ and The Texas Company,
Claimant-Respondent-Appellant, and Tug BERMUDA and
Southern Transportation Company,
Claimant-Respondent-Appellee.
 No. 114, Docket 21828.
 United States Court of Appeals Second Circuit.
 Argued Dec. 12, 1950.
Decided Jan. 2, 1951.
 
 Tompkins, Boal & Tompkins, New York City, Arthur M. Boal, New York City, for claimant-respondent-appellant.
 Nelson, Healy, Baillie & Burke, New York City, Nicholas J. Healy, 3rd and J. Lester Parsons, Jr., New York City, for claimant-respondent-appellee.
 Before AUGUSTUS N. HAND, CLARK and FRANK, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on opinion of Kennedy, J., 94 F.Supp. 695.